177 A.3d 106

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. COBY T. RICHARDSON, A/K/A COLBY RICHARDSON, COLBY TIMOTHY RICHARDSON, DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. JEFFERY RICHARDSON, A/K/A JEFFERY OSBORNE RICHARDSON, JEFFREY RICHARDSON, JEFFERY O. RICHARDSON, JEFFREY RICHRARDSON, DEFENDANT.

C–418 September Term 2017
079661

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4021/4026–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.